Argued and submitted April 11, affirmed July 2, 1997

STATE OF OREGON,
*Respondent,*

*v.*

ERIN MARIE CICCIO,
*Appellant.*

(95C-22939; CA A93688)

941 P2d 1042

James J. Macafee argued the cause and filed the brief for appellant.

Robert B. Rocklin, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Linda A. Holmes, Certified Law Student.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Ryun,* 148 Or App 409, 939 P2d 1174 (1997).